IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) | 2:04-cv-00809-GEB-PAN |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| CALIFORNIA MICRO COMPUTERS, INC., a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, a California corporation; and JAMES R. SCOTT, an individual, | ) ) ) ) | |
| Defendants. | ) ) | |
| CALIFORNIA MICRO COMPUTERS, INC., a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, a California corporation; and JAMES R. SCOTT, an individual, | ) ) ) ) | |
| Defendants and Third Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| GLOBAL TRADING INTERNATIONAL, INC., COMPWAVES, | ) ) ) | |
| Third Party Defendants. | ) ) | |

On July 21, 2005, a Stipulation for Dismissal with Prejudice and a Proposed Order were filed, in which the stipulating parties erroneously assume the federal court will retain jurisdiction to enforce a "Settlement Agreement and Release between Microsoft and

Dockets.Justia.com

Defendants" which the undersigned judge has not seen.  However, Defendants are dismissed from Microsoft's Complaint with prejudice as the parties requested in the July 21 Stipulation, and the Court retains jurisdiction to enforce the parties' "Stipulated Permanent Injunction" which was filed July 21, 2005, and executed by the undersigned Judge on September 28, 2005.

          IT IS SO ORDERED.

DATED:  September 28, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge