```
 1
 2
 3
 4
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    MICROSOFT CORPORATION, a            )   2:04-cv-00809-GEB-PAN
10  Washington corporation,             )
                                        )
11                 Plaintiff,           )
                                        )
12       v.                             )   ORDER
                                        )
13  CALIFORNIA MICRO COMPUTERS, INC.,   )
    a/k/a CA-MICRO a/k/a ADVANCED       )
14  CONCEPTS, a California corporation;)
    and JAMES R. SCOTT, an individual,  )
15                                      )
                   Defendants.          )
16  _____ )
                                        )
17  CALIFORNIA MICRO COMPUTERS, INC.,   )
    a/k/a CA-MICRO a/k/a ADVANCED       )
18  CONCEPTS, a California corporation;)
    and JAMES R. SCOTT, an individual,  )
19                                      )
            Defendants and              )
20          Third Party Plaintiffs,     )
                                        )
21       v.                             )
                                        )
22  GLOBAL TRADING INTERNATIONAL,       )
    INC., COMPWAVES,                    )
23                                      )
            Third Party Defendants.     )
24  _____ )
```

On July 21, 2005, a Stipulation for Dismissal with Prejudice and a Proposed Order were filed, in which the stipulating parties erroneously assume the federal court will retain jurisdiction to enforce a "Settlement Agreement and Release between Microsoft and

1

1  Defendants" which the undersigned judge has not seen.  However,
2  Defendants are dismissed from Microsoft's Complaint with prejudice as
3  the parties requested in the July 21 Stipulation, and the Court
4  retains jurisdiction to enforce the parties' "Stipulated Permanent
5  Injunction" which was filed July 21, 2005, and executed by the
6  undersigned Judge on September 28, 2005.
7          IT IS SO ORDERED.
8  DATED:  September 28, 2005
9                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
10                                          United States District Judge