Audra M. Mori (State Bar No. 162850)
Katherine M. Dugdale (State Bar No. 168014)
Jennifer N. Chiarelli (State Bar No. 212253)
PERKINS COIE LLP
1620 26th Street, Sixth Floor – South Tower
Santa Monica, CA 90404
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

FILED

OCT 0 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Y_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA MICRO COMPUTERS, INC. a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, a California corporation; and JAMES R. SCOTT, an individual,<br><br>　　　　Defendants. | CASE NO. CIV S-04-0809 GEB PAN<br><br>**STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER** |
| CALIFORNIA MICRO COMPUTERS, INC., a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, a California corporation; and JAMES R. SCOTT, an individual,<br><br>　　　　Defendants and Third Party Plaintiffs,<br><br>v.<br><br>GLOBAL TRADING INTERNATIONAL, INC., COMPWAVES,<br><br>　　　　Third Party Defendants. | |

Stipulated Permanent Injunction
CASE NO. CIV S-04-0809 GEB PAN

1  Plaintiff Microsoft Corporation ("Microsoft") and Defendants California Micro
2  Computers, Inc. a/k/a CA-Micro a/k/a Advanced Concepts, a California corporation, and James R.
3  Scott, an individual (collectively, "Defendants") hereby stipulate that Defendants along with their
4  officers, agents, servants, employees, representatives, successors and assigns, and all those persons
5  or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY
6  ENJOINED and restrained from:
7      (a)    imitating, copying, or making any other infringing use or infringing distribution of
8  software programs, components, end user license agreements ("EULA"), certificates of
9  authenticity ("COA") or items protected by Microsoft's registered trademarks and service mark,
10 including, but not limited to, the following Trademark Registration Nos.:
11           (1)    1,200,236 ("MICROSOFT");
12           (2)    1,256,083 ("MICROSOFT");
13           (3)    1,872,264 ("WINDOWS");
14           (4)    1,816,354 (WINDOWS FLAG LOGO); and
15           (5)    1,815,350 (COLORED WINDOWS LOGO);
16 or the software programs, components, items or things protected by the following Certificate of
17 Copyright Registration Nos.:
18           (1)    TX 5-036-267 ("Microsoft Windows 2000 Professional"); and
19           (2)    TX 5-407-055 ("Microsoft Windows XP Professional");
20 and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;
21     (b)    manufacturing, assembling, producing, distributing, offering for distribution,
22 circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software
23 program, component, EULA, COA, item or thing bearing any simulation, reproduction,
24 counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service
25 mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in
26 Paragraph (a) above;
27
28

-2-

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any software, component, EULA, COA, item, or thing, and/or infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

None of the provisions set forth herein prohibits Defendants from the lawful advertisement and/or distribution of genuine, non-infringing Microsoft software protected by Microsoft's

///
///
///
///
///
///

- 3 -

1 copyrights and trademarks in compliance with the terms of applicable license agreements and state
2 and federal law.

3    IT IS SO STIPULATED:

4
5  DATED: July 13, 2005            CALIFORNIA MICRO COMPUTERS, INC., a/k/a
                                   CA-MICRO a/k/a ADVANCED CONCEPTS, a
6                                  California corporation
7
                                   By: James R. Scott
8

9  DATED: July 13, 2005            JAMES R. SCOTT, an individual
10
11                                 By: James R. Scott

12
13 DATED: July __, 2005            MICROSOFT CORPORATION, a Washington
                                   corporation
14
15                                 By: Nancy Anderson

16 Approved as to form:

17 DATED: July 21, 2005            PERKINS COIE LLP
18
19                                 By: Katherine M. Dugdale
20                                 Attorneys for Plaintiff
                                   MICROSOFT CORPORATION
21

22
   DATED: July 7, 2005             FRITZ CLAPP, Attorney at Law
23
24                                 By: Fritz Clapp
25                                 Attorneys for Defendants
26                                 CALIFORNIA MICRO COMPUTERS, INC.,
                                   a/k/a CA-MICRO a/k/a ADVANCED
27                                 CONCEPTS and JAMES R. SCOTT
28 ─────────────────────── -4- ───────────────────────

# ORDER

Good Cause appearing therefore, IT IS ORDERED that Defendants California Micro Computers, Inc. a/k/a CA-Micro a/k/a Advanced Concepts, a California corporation, and James R. Scott, an individual (collectively, "Defendants") along with their officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA"), certificates of authenticity ("COA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1) 1,200,236 ("MICROSOFT");
    (2) 1,256,083 ("MICROSOFT");
    (3) 1,872,264 ("WINDOWS");
    (4) 1,816,354 (WINDOWS FLAG LOGO); and
    (5) 1,815,350 (COLORED WINDOWS LOGO);

or the software programs, components, items or things protected by the following Certificate of Copyright Registration Nos.:

    (1) TX 5-036-267 ("Microsoft Windows 2000 Professional); and
    (2) TX 5-407-055 ("Microsoft Windows XP Professional");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

-5-

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an illegal distribution of any software, component, EULA, COA, item, or thing, and/or infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

None of the provisions set forth herein prohibits Defendants from the lawful advertisement and/or distribution of genuine, non-infringing Microsoft software protected by Microsoft's copyrights and trademarks in compliance with the terms of applicable license agreements and state and federal law.

DATED: 9/28, 2005

HON. GARLAND E. BURRELL, JR.
United States District Judge

-6-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On July 21, 2005, I served a true copy of **STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Fritz Clapp<br>Attorney at Law<br>1516 Del Paso Blvd.<br>Sacramento, CA 95815<br>Telephone: (916) 548-1014<br>Facsimile: (888) 467-2341 | Attorneys for Defendants and Third Party Plaintiffs CALIFORNIA MICRO COMPUTERS, INC. a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS and JAMES R. SCOTT |
| Julian Bach<br>NEUFELD, RENNETT & BACH, APC<br>360 E. Second Street, Suite 703<br>Los Angeles, California 90013<br>Telephone: (213) 625-2625<br>Facsimile: (213) 625-2650<br><br>Steven J. Cote<br>Travis J. Tom<br>CHANG & COTE LLP<br>19138 Walnut Drive, Suite 100<br>Rowland Heights, California 91748<br>Telephone: (626) 854-2112<br>Facsimile: (626) 854-2120 | Attorneys for Third Party Defendant GLOBAL TRADING INTERNATIONAL, INC. |

[XX] **(BY MAIL)** I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ]  **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above.

1  [ ]  **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by
2       DHL Express..

3  [ ]  **(BY E-MAIL)** I served a true copy of on the interested parties in this action by email,
        addressed as follows:

4  [ ]  **(BY FACSIMILE/TELECOPY)** I caused each document to be sent by Automatic
5       Facsimile/Telecopier to the number(s) indicated above.

6  [ ]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that
        the above is true and correct.

7  [XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this
8       court at whose direction the service was made.

9       Executed on July 21, 2005, at Santa Monica, California.

SANAYE KUMAGAI