FRITZ CLAPP Cal. Bar #99197
Attorney at Law
1516 Del Paso Boulevard
Sacramento, California 95815
Telephone: (916) 548-1014
Facsimile: (888) 467-2341

Attorney for Defendants and Third Party Plaintiffs
CALIFORNIA MICRO COMPUTERS, INC.
a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS,
and JAMES R. SCOTT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**MICROSOFT CORPORATION**, a Washington corporation,

Plaintiff,

v.

**CALIFORNIA MICRO COMPUTERS, INC.** a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, a California corporation; and JAMES R. SCOTT, an individual,

Defendants.
_______________________________________/

**CALIFORNIA MICRO COMPUTERS, INC.** a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, a California corporation; and JAMES R. SCOTT, an individual,

Defendants and Third Party Plaintiffs,

v.

**GLOBAL TRADING INTERNATIONAL, INC.,** COMPWAVES, and DOES 1 through 10,

Third Party Defendants.
_______________________________________/

**Case No. CIV S-04-0809 GEB PAN**

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**

WHEREAS the court's jurisdiction of the single claim of the Third Party Complaint having been supplemental to the claims over which it had original jurisdiction, and all of the latter claims having been dismissed;

IT IS HEREBY STIPULATED by and between Third Party Plaintiffs, CALIFORNIA MICRO COMPUTERS, INC., a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, and JAMES R. SCOTT ("Third Party Plaintiffs"), and Third Party Defendant, GLOBAL TRADING INTERNATIONAL, INC. ("Third Party Defendant"), by and through their respective attorneys, that the Third Party Complaint herein shall be dismissed without prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED:**

Dated: October 7, 2005

FRITZ CLAPP
Attorney for Third Party Plaintiffs CALIFORNIA MICRO COMPUTERS, INC. a/k/a CA-MICRO a/k/a ADVANCED CONCEPTS, and JAMES R. SCOTT

Dated: October ___, 2005

JULIAN BACH
Co-Attorney for Third Party Defendant GLOBAL TRADING INTERNATIONAL, INC.

**ORDER**

Good cause appearing therefore, IT IS ORDERED THAT:

The Third Party Complaint against GLOBAL TRADING INTERNATIONAL, INC. is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

DATED: November 15, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge